IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.



GORDON ANDREW BOVELL,       Criminal Action No. 5:02-CR-00075-001

                    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    Upon consideration of the motion of the United States of America requesting correction of the above judgments,

    IT IS HEREBY ORDERED that the victim information on the Judgment and Commitment Order for Joseph S. Alston, Jr., Gordon Andrew Bovell and Kenneth Robinson be amended as follows:

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Joint and Several Co-Defendant |
|---|---|---|---|
| Fleet Bank | $ 9,730.00 | $ 9,730.00 | Shanae Brown |
| Fleet Bank | $ 9,930.00 | $ 9,930.00 | Lashawn Scott |
| Fleet Bank | $ 9,935.00 | $ 9,935.00 | Jamillah Turner |
| Fleet Bank | $ 5,961.31 | $ 5,961.31 | |
| Fleet Bank | $ 4,950.00 | $ 4,950.00 | |
| Fleet Bank | $ 4,950.00 | $ 4,950.00 | |
| Fleet Bank | $ 4,960.00 | $ 4,960.00 | |
| Fleet Bank | $ 8,742.05 | $ 8,742.05 | |
| **TOTAL** | **$59,158.36** | **$59,158.36** | Joseph S. Alston, Jr. Gordon Andrew Bovell Kenneth Robinson |

**SO ORDERED:**

Dated: Syracuse, New York
       September 11, 2006

_____
FREDERICK J. SCULLIN, JR.
UNITED STATES DISTRICT JUDGE